1

2
*E-FILED 10-19-2010*

3

4

5

6

7
NOT FOR CITATION

8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
SAN JOSE DIVISION

11

CIELO HELWIG,                                    No. C10-02052 HRL

12
        Plaintiff,

13
    v.                                           **ORDER TO SHOW CAUSE RE
                                                 SETTLEMENT**
14
THE HOME DEPOT,

15
        Defendant.

16
    _____/

17
        The court is informed that this action has settled.  In light of the settlement, all

18
scheduled appearances have been vacated.

19
        **On or before December 3, 2010**, the parties shall file a stipulated dismissal pursuant to

20
Fed.R.Civ.P. 41(a).  If a dismissal is not filed by the specified date, all parties shall appear in

21
Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA

22
95113 on **December 14, 2010, 10:00 a.m.** and show cause, if any, why the case should not be

23
dismissed pursuant to Fed.R.Civ.P. 41(a).  The parties shall file a statement in response to this

24
Order to Show Cause **no later than December 7, 2010**.  The joint statement shall state (1) the

25
status of the activities of the parties in finalizing settlement; and (2) how much additional time,

26
if any, is requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is

27
filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

28

**United States District Court**
For the Northern District of California

need not file a joint statement in response to this Order.

SO ORDERED.

Dated:    October 19, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5:10-cv-02052-HRL Notice has been electronically mailed to:

Esau Ruiz Herrera     EsauLawyer@gmail.com

Joshua Seth Goodman     jgoodman@jgn.com, nsands@jgn.com, tprountzos@jgn.com,

ztolson@jgn.com

Zachary S. Tolson     ztolson@jgn.com, psanchez@jgn.com

Counsel are responsible for distributing copies of this document to co-counsel who have
not registered for e-filing under the court's CM/ECF program.

**United States District Court**

For the Northern District of California

3