1  ESAU RUIZ HERRERA (SBN 71189)
   Herrera & Pizarro, Attorneys at Law
2  137 Central Avenue, Suite 2
   Salinas, CA 93901
3  Telephone: 831-424-4774
   Facsimile: 831-424-4776
4
   Attorneys for Plaintiff
5  CIELO HELWIG

6

7           UNITED STATE DISTRICT COURT FOR

8       THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

9  CIELO HELWIG,                          Case No.: 5:10 CV02052 HRL

10                 Plaintiff,              **NOTICE OF SETTLEMENT**

11 vs.

12 HOME DEPOT U.S.A., INC.,

13                 Defendant.

14

15
   Please take notice that the above-referenced matter has settled.
16

17 DATED: October 15, 2010              HERRERA & PIZARRO, ATTORNEYS AT LAW

18

19                                       By: _____
                                             ESAU RUIZ HERRERA
20                                           Attorneys for Plaintiff
                                             CIELO HELWIG
21