```
 1  JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
    ZACHARY S. TOLSON, ESQUIRE - State Bar # 242824
 2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
    417 Montgomery Street, 10th Floor
 3  San Francisco, California 94104
    Telephone:    (415) 705-0400
 4  Facsimile:    (415) 705-0411

 5  Attorneys for Defendant
    HOME DEPOT U.S.A., INC.
 6
```

UNITED STATE DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| CIELO HELWIG,<br><br>              Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>              Defendant. | Case No.: 5:10 CV02052 HRL<br><br>**STIPULATION FOR DISMISSAL** |
|---|---|

Pursuant to FED.R.CIV.PRO. 41(a)(1)(A)(ii) it is hereby stipulated and agreed that Plaintiff CIELO HELWIG hereby voluntarily dismisses the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED: October 15, 2010        HERRERA & PIZARRO, ATTORNEYS AT LAW

                               By: _____
                                   ESAU RUIZ HERRERA
                                   Attorneys for Plaintiff
                                   CIELO HELWIG

DATED: Nov. 24, 2010           JENKINS GOODMAN NEUMAN &
                               HAMILTON LLP

                               By: _____
                                   ZACHARY S. TOLSON
                                   Attorneys for Defendant
                                   HOME DEPOT U.S.A., INC.

-1-

STIPULATION FOR DISMISSAL